**James Lee PINKERTON,
Petitioner–Appellant,**

v.

**J.K. WOODRING, Warden,
Respondent–Appellee.**

No. 08–56975.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 14, 2010.*

Filed Jan. 5, 2011.

James Lee Pinkerton, San Pedro, CA, pro se.

Robert Edward Dugdale, Esquire, Michael J. Raphael, Esquire, Office of the U.S. Attorney, Los Angeles, CA, for Respondent–Appellee.

Before: GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

MEMORANDUM **

Federal prisoner James Lee Pinkerton appeals pro se from the district court's judgment denying his 28 U.S.C. § 2241 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Pinkerton alleges over a dozen constitutional violations related to the 2004–2007 parole proceedings and the United States Parole Commission's decisions denying parole. We reject Pinkerton's claims for the reasons stated by the district court.

Pinkerton also contends that, under 28 C.F.R. § 2.53 and 18 U.S.C. § 4206(d), he should be paroled from his life sentence effective January 11, 2007. Pinkerton has failed to show that he is entitled to relief on this claim.

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.